

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00695-CR

Monica Ann **AVILA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR11313A
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw filed by appellant's counsel is GRANTED, and the judgment of the trial court is AFFIRMED.

SIGNED September 11, 2013.

_____
Catherine Stone, Chief Justice